EL PUEBLO DE PUERTO RICO, peticionario y apelado, *v.* JOSÉ DE JESÚS, demandado y apelante.

No. 4070.—*Visto:* Mayo 16, 1927. *Resuelto:* Mayo 24, 1927.

APELACIÓN Y ERROR—ALEGATOS—OMISIÓN DE RADICARLOS EN TIEMPO—DESESTIMACIÓN DEL RECURSO—MOTIVOS PARA NO DESESTIMAR.—Aún cuando una moción de desestimación por falta de radicar el alegato en tiempo pueda, técnicamente, ser declarada con lugar, cuando en oposición a ella se alega y prueba una buena causa para que el tribunal, en el ejercicio de su discreción, no desestime el recurso, no ha lugar a desestimar.

MOCIÓN sobre desestimación de apelación, entablada ésta contra sentencia de *Pablo Berga,* J. (San Juan), en pleito de *injunction. No ha lugar a desestimar.*

*Arjona & Arjona,* abogados de los apelantes; *Hon. Attorney General George C. Butte, J. A. López Acosta, Segundo Attorney General Auxiliar, J. R. Beverley, Sub-attorney General,* abogados de los apelados.

EL JUEZ PRESIDENTE SEÑOR DEL TORO, emitió la opinión del tribunal.

La parte apelada solicita la desestimación del recurso

por no haberse presentado en tiempo el alegato de la parte apelante.

Los autos demuestran que la sentencia apelada se dictó el 23 de octubre de 1926; que el legajo de la sentencia y la transcripción de la evidencia que tienen, respectivamente, 56 y 104 páginas, se archivaron en la secretaría de esta Corte Suprema el 20 de abril último; que el 3 de mayo actual la parte apelada presentó su moción de desestimación basándose en que el alegato del apelante no se había radicado dentro del término reglamentario de diez días vencido el 30 de abril último y la corte señaló su vista para el 16 de mayo actual; que el 6 de mayo en curso la parte apelante radicó su alegato que contiene 94 páginas y cumple en un todo con las reglas de esta corte, y el 12 del propio mes una moción jurada en oposición a la desestimación, alegando:

"1.—Que el demandado y apelante no radicó a tiempo su alegato en este caso por habérselo impedido la ausencia forzosa durante los últimos días del mes de abril de su abogado Sr. R. Arjona Siaca, a las montañas de Yauco, con un hijo enfermo."

"2.—Que el demandado y apelante a principios del corriente mes de mayo remitió el alegato, que consta de 95 páginas mecanografiadas, y en el cual se tratan ampliamente serias e importantísimas cuestiones de derecho, siendo dicho alegato producto de un verdadero esfuerzo profesional continuo y largo, digno del estudio y consideración de esta Hon. Corte."

"3.—Que la pequeña dilación en su radicación en nada afecta los méritos ni la rapidez del caso, rapidez que el demandado y apelante es el primero en desear, hasta el punto de que el demandado y apelante al Hon. Tribunal

SÚPLICA:

"Que se sirva desestimar la Moción sobre desestimación de apelación y señale el caso, habida cuenta de que se trata de un recurso extraordinario que envuelve la importantísima materia del Monopolio del Tráfico en Puerto Rico, para ser visto en la fecha más cercana posible."

El 16 de mayo tuvo lugar la vista de la moción de desestimación.

La narración de hechos que antecede demuestra que técnicamente tiene razón el apelado y que su moción podría ser declarada con lugar, pero demuestra también que se ha alegado y probado una buena causa para que este tribunal en el ejercicio de su discreción no desestime el recurso.

No obstante haberse radicado el alegato seis días después de vencido el término reglamentario, es lo cierto que pocas veces se radica tan rápidamente como en este caso. Generalmente se piden prórrogas y prórrogas que dilatan no por días sino por meses dicho trámite. No se trata de un alegato cualquiera, sino de uno que revela consideración amplia y cuidadosa del asunto. Y el hecho de la ausencia forzosa del abogado con motivo de la enfermedad de su hijo explica de modo lógico y natural su olvido o imposibilidad de pedir la prórroga del término.

A virtud de todo lo expuesto *debe declararse no haber lugar a desestimar el recurso* y señalarse la vista del mismo para la fecha más próxima que sea posible.